JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILIP D. BURDICK, | ) No. CV 11-03083-JAK (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JERRY BROWN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: September 2, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE